## High Court of the Independent Order of Foresters of Illinois v. Cora Ford Heath.

Appeal from the Superior Court of Cook County.

MR. PRESIDING JUSTICE FREEMAN delivered the opinion of the court.

. This is a suit upon a certificate or policy of insurance. It is claimed that steps had been taken to suspend the deceased just before his death, but no competent evidence appeared showing what had been done to that end. The only question presented is as to the admissibility of a printed book or pamphlet purporting to be a copy of the by-laws, but not proved as provided in Sections 15 and 18, Chap. 51, R. S. Held properly ruled out. Affirmed. See the opinion filed February 14, 1899.

LAWRENCE P. BOYLE, attorney for appellant.

E. L. RINEHART, attorney for appellee.

---

## City of Chicago v. Catharine Gilmore.

Appeal from the Superior Court of Cook County.

MR. JUSTICE HORTON delivered the opinion of the court.

In this case there is no assignment of errors written upon or attached to the record. The judgment of the Superior Court must, therefore, be affirmed.

See the opinion of this court in King v. Machesney (case No. 7721), filed herewith, and in I. Rosin v. William Wilde, 80 Ill. App. 58, filed January 24, 1899, for citation of authorities. Affirmed. See the opinion filed February 14, 1899.

MILES J. DEVINE and J. B. O'CONNELL, attorneys for appellant.

CHARLES W. DWIGHT and C. M. HARDY, attorneys for appellee.